IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00869–MSK–KMT

HAZHAR A. SAYED,

    Plaintiff,

v.

DARRYL R. PROFFITT, Regional Coordinator, C.D.O.C. Faith and Citizens Programs (individual and official capacities),

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Failure to Timely Serve Adverse Party" (# 41, filed January 19, 2010) is DENIED. Shortly before the filing of the response to the motion to dismiss, Plaintiff had changed his address; however, Defendant did timely serve Plaintiff with the response to the motion for summary judgment at Plaintiff's new address. Therefore, Defendant's response brief will not be stricken.

Plaintiff's "Motion for Extension of Time to File Reply Brief" (#40, filed January 5, 2010) is GRANTED. Plaintiff shall file his reply in support of his motion for summary judgment no later than February 8, 2010.

Dated: January 25, 2010